# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ARCOS, MARTIN ARCOS, and CHRISTIAN ORTIZ, as individuals, and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INSTALLED BUILDING PRODUCTS, LLC, a Delaware Corporation; OJ INSULATION HOLDINGS, INC., a Delaware Corporation; OJ INSULATION, L.P., a Delaware limited partnership; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. **'17CV2542 BEN JLB** <br><br> JUDGE: <br><br><br> **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441(a), 1446, and 1453, Defendants Installed Building Products, LLC, Installed Building Products, LLC d/b/a OJ Insulation Holdings, Inc. (incorrectly identified in the original Complaint as "OJ Insulation Holdings, Inc."), and Installed Building Products, LLC d/b/a OJ Insulation L.P. (incorrectly identified in the original Complaint as "OJ Insulation, L.P.") (collectively, "IBP"), by and through undersigned counsel, hereby file this Notice of Removal of the state court action currently pending in the Superior Court of the State of California for the County of San Diego, Case No. 37-2017-00043624-CU-CTL (the "State Action"), to the United States District Court for the Southern District of California. In support of this Notice of Removal, IBP states as follows:

1. On November 14, 2017, Plaintiffs Jesus Arcos, Martin Arcos, and Christian Ortiz (collectively, "Plaintiffs") filed a proposed class action complaint against IBP in the Superior Court of the State of California for the County of San Diego, Case No. 37-2017-00043624-CU-CTL, styled *Jesus Arcos, Martin Arcos, and Christian Ortiz v. Installed Building Products, LLC, OJ Insulation Holdings, Inc., OJ Insulation, L.P., and Does 1 through 100*, alleging that IBP (1) failed to pay regular and overtime wages, (2) failed to provide meal periods or compensation in lieu thereof, (3) failed to provide rest periods or compensation in lieu thereof, (4) failed to pay wages of terminated or resigned employees, (5) knowingly and intentionally failed to comply with itemized employee wage statement provisions, and (6) violated the Unfair Competition Law.

2. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the State Action that were served upon IBP, are attached as **Exhibit A.**

3. IBP was notified of the State Action when served with a copy of the Summons and Complaint on November 21, 2017. (See Declaration of Jason Lawson, ¶ 3, attached as **Exhibit B**).

4. Pursuant to 28 U.S.C. § 1446(b), IBP now timely files this Notice of Removal. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because fewer than thirty (30) days have elapsed since IBP was served with a copy of Plaintiffs' Complaint.

5. The Superior Court of the State of California for the County of San Diego is located in the Southern District of California. Under 28 U.S.C. § 1446(a), Defendants may remove state court civil actions to the district court within which such action is pending. This Court embraces the place where the State Action being removed is pending. Therefore, the State Action may be removed to this Court pursuant to 28 U.S.C. § 1446(a).

6. Under 28 U.S.C. § 1332(d), federal district courts have original jurisdiction of any civil action in which the matter in controversy exceeds $5,000,000 and is a class action in which any member of a class of plaintiffs is a citizen of a State different from any defendant.

   a. As explained in Paragraph 10 of this Notice, the amount in controversy in this case easily exceeds $5,000,000.

   b. As stated in Paragraphs 7-8 of this Notice, Plaintiffs and members of their proposed Class are residents of California.

   c. As stated in Paragraph 9 of this Notice, IBP is a citizen of the states of Delaware, where it is incorporated, and Ohio, where its nerve center and principal place of business is located.

   d. Thus, this Court has original jurisdiction over the State Action pursuant to 28 U.S.C. § 1332(d).

7.      Plaintiffs were, at the time of filing the Complaint, residents of California. Complaint at ¶¶ 3-5.

8.      Plaintiffs also bring this action on behalf of the "Class" or "Class Members," which Plaintiff define as "non-exempt employees employed by or formerly employed by Defendants [IBP] within the State of California" and "hourly, non-exempt insulation installers." Complaint at ¶¶ 2-3. IBP currently employs over 500 hourly, non-exempt insulation installers in California. (Lawson Dec. at ¶ 5).

9.      IBP is incorporated in the State of Delaware and its corporate office and principal place of business is located at 495 South High Street #50, Columbus, OH 43215. (Lawson Dec. at ¶ 4).

10.     Plaintiffs pray that they, and their proposed class, be awarded compensatory damages; economic and special damages; restitution under California Business and Professions Code §§ 17203 and 17204; penalties for premium pay, wages, and penalties under California Labor Code § 203; premium wages under California Labor Code §§ 226 and 226.7; and attorneys' fees, interest, and costs of suit under California Labor Code § 1194. Complaint at Prayer ¶¶ 4-7, 11-13. Although Plaintiffs do not describe the quantity of damages sought, IBP reasonably estimates the damages sought easily exceeds the $5,000,000 threshold under 28 U.S.C. § 1332(d):

      a. First Cause of Action: Plaintiffs seek allegedly unpaid regular and overtime wages for a four year period from November 14, 2013, through November 14, 2017. In the last four years, IBP has regularly employed, on a year-round basis, over 500 insulation installers in California, earning at least $12 per hour. (Lawson Dec. at ¶¶ 5-6).

b. Second Cause of Action: Plaintiffs seek damages for IBP allegedly failing to provide meal periods or compensation in lieu thereof on each workday. Again, in California, IBP has, in the last four years, regularly employed on a year-round basis over 500 insulation installers earning at least $12 per hour. (Lawson Dec. at ¶¶ 5-6).

c. Third Cause of Action: Plaintiffs seek damages for IBP allegedly failing to provide rest periods or compensation in lieu thereof. The analysis for the Second Cause of Action applies equally to this Third Cause of Action.

d. Fourth Cause of Action: Plaintiffs seek damages for failure to pay wages at termination. Over 500 insulation installers have been separated from their employment with IBP in the past three years. (Lawson Dec. at ¶ 5).

e. Fifth Cause of Action: Plaintiffs also seek penalties for inaccurate wage statements. Under California Labor Code § 226, penalties for such violations are not less than $50 per employee per payday up to a maximum penalty of $4,000 per employee. IBP has, in the last year, regularly employed over 500 insulation installers in California. (Lawson Dec. at ¶ 5). The IBP employees who are the subject of the lawsuit have been paid weekly in the last year.

f. In total, considering the scope of the putative class (over 500 current insulation installers and 500 separated insulation installers), Plaintiffs' alleged damages will easily exceed $5,000,000, and IBP reasonably estimates will exceed $10,000,000 not including attorneys' fees and costs. Even if calculated as one hour of unpaid overtime per week, one missed

meal period per week, and one missed rest period per week, the amount in controversy would, with a 30-day waiting time penalty for each terminated employee, and a $50 pay stub penalty for each payday for each employee in the last year, exceed $5 million.

11. Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removal of the above-captioned State Action to this Court is appropriate.

12. Defendants have filed a true and correct copy of this Notice of Removal with the Clerk of Courts for the Superior Court of the State of California for the County of San Diego, together with the Notice of Filing Notice of Removal filed therein and served those papers upon Plaintiffs' counsel, in compliance with 28 U.S.C. § 1446(d). A true and accurate copy of IBP's Notice of Filing Notice of Removal filed with the Superior Court of the State of California for the County of San Diego is attached as **Exhibit C**.

13. IBP is filing, contemporaneously herewith, a Corporate Disclosure Statement, in compliance with Fed. R. Civ. P. 7.1.

14. By filing this Notice of Removal in lieu of an answer to the State Action, IBP does not waive any defenses that may be available.

15. IBP requests that this Court take jurisdiction of the State Action to its conclusion and to final judgment to the exclusion of further proceedings on the claims asserted therein in the state court, in accordance with the law.

WHEREFORE, IBP files this Notice of Removal so that the State Action, now pending in the Superior Court of the State of California for the County of San Diego shall be removed to this Court for all further proceedings.

          Respectfully submitted,

/s/  *R. Brian Dixon*
R. Brian Dixon
LITTLER MENDELSON P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94104
Phone:   415.433.1940
Fax:        415.399.8490
Email:    bdixon@littler.com

W. Eric Baisden (Pro Hac Vice to be filed)
Adam E. Primm (Pro Hac Vice to be filed)
BENESCH FRIEDLANDER COPLAN
& ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Phone:   216.363.4500
Fax:        216.363.4588
ebaisden@beneschlaw.com
aprimm@beneschlaw.com

*Attorneys for Defendants Installed Building Products, LLC; Installed Building Products, LLC, d/b/a OJ Insulation Holdings, Inc.; and Installed Building Products, LLC, d/b/a OJ Insulation L.P.*