Christopher A. Olsen CA Bar No. 236928
**OLSEN LAW OFFICES, APC**
1010 Second Ave., Ste. 1835
San Diego, CA 92101
Telephone: (619) 550-9352
Facsimile: (619) 923-2747
CAOlsen@CAOlsenLawOffices.com

JACK PERKO, Esq (Bar No. 164529)
**LAW OFFICES OF JACK PERKO**
26895 Aliso Creek Road, Ste. B66
Aliso Viejo, CA 92656
Tel: (949) 390-4442
Fax: (949) 916-1039
jack@jackperkolaw.com

Attorneys for Plaintiffs and all other similarly situated persons.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ARCOS, MARTIN ARCOS, and CHRISTIAN ORTIZ, as individuals, and on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>INSTALLED BUILDING PRODUCTS, LLC, a Delaware Corporation; OJ INSULATION HOLDINGS, INC., a Delaware Corporation; OJ INSULATION, L.P., a Delaware limited partnership; and DOES 1 through 100, inclusive,<br><br>                          Defendants. | Case No. 17-cv-02542-BEN-JLB<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:        Hon. Roger T. Benitez<br>Date:         January 14, 2019<br>Time:         10:00 a.m.<br>Location:    Courtroom 5A<br>                  221 West Broadway<br>                  San Diego, CA 92101 |

*///*

1

**TO EACH PARTY AND COUNSEL OF RECORD FOR EACH PARTY:**

**YOU ARE HEREBY NOTIFIED THAT**, on January 14, 2019 at 10:00 a.m. in Courtroom 5A of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Jesus Arcos, Martin Arcos, and Christian Ortiz ("Plaintiffs"), on behalf of themselves and the proposed Settlement Class will and hereby do move the Court and respectfully request, without opposition from Defendants Installed Building Products, LLC, O.J. Insulation Holdings, Inc. and O.J. Insulation, L.P. ("Defendants"), that the Court grant preliminary approval of the parties' Class Action Settlement and Release ("Settlement" or "Settlement Agreement").

Through this Motion, Plaintiffs request that the Court issue an order: (a) granting preliminary approval of the proposed Settlement; (b) granting conditional certification of the Settlement Class; (c) appointing Simpluris, Inc. the Settlement Administrator; and (d) authorizing the mailing of the proposed Class Notice, Plaintiffs also request that the Court issue an order (e) approving Christopher A. Olsen of Olsen Law Offices, APC and Jack Perko of the Law Offices of Jack Perko to be counsel for Plaintiffs and the Class Members, and (f) for Plaintiffs to be approved as the Class Representatives. Plaintiffs further request that the Court (g) set a final fairness and approval hearing for May 6, 2019 at 10:00 a.m., and approve the final approval hearing date and the other proposed Settlement administration dates as proposed and set forth in the concurrently filed [Proposed] Order.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, which provides for court approval of the settlement of a purported class action and allows the court to preliminarily certify a class for settlement purposes. Plaintiffs make this unopposed motion on the grounds that the Settlement is fair, adequate, and reasonable, is well within the range of reasonableness for possible final approval, and the notice procedures proposed by the parties are adequate to ensure the opportunity of Class Members to participate in, opt out of, or object to the Settlement.

The parties' counsels have met and conferred and Defendants do not oppose this motion.

The Motion is based upon this notice of unopposed motion and motion for preliminary approval of the Settlement and the memorandum of points and authorities concurrently filed herewith in support thereof, along with the [Proposed] Order Granting Preliminary Approval of Settlement and Setting a Final Fairness Hearing, the Declaration of Christopher A. Olsen ("Olsen Decl.") in support of the Motion, also filed concurrently herewith, the parties' Settlement Agreement at **Exhibit 1** to the Olsen Declaration, the parties' proposed Notice of Class Action Settlement at **Exhibit A** to the Settlement Agreement, and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

Date: December 14, 2018                                **OLSEN LAW OFFICES, APC**


By:*/s/Christopher A. Olsen*
Christopher A. Olsen
Co-counsel for Plaintiffs
Email: caolsen@caolsenlawoffices.com