Christopher A. Olsen CA Bar No. 236928
**OLSEN LAW OFFICES, APC**
1010 Second Ave., Ste. 1835
San Diego, CA 92101
Telephone: (619) 550-9352
Facsimile: (619) 923-2747
CAOlsen@CAOlsenLawOffices.com

JACK PERKO, Esq (Bar No. 164529)
**LAW OFFICES OF JACK PERKO**
26895 Aliso Creek Road, Ste. B66
Aliso Viejo, CA 92656
Tel: (949) 390-4442
Fax: (949) 916-1039
jack@jackperkolaw.com

Attorneys for Plaintiffs and all other similarly situated persons.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ARCOS, MARTIN ARCOS, and CHRISTIAN ORTIZ, as individuals, and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>INSTALLED BUILDING PRODUCTS, LLC, a Delaware Corporation; OJ INSULATION HOLDINGS, INC., a Delaware Corporation; OJ INSULATION, L.P., a Delaware limited partnership; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 17-cv-02542-BEN-JLB<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:     Hon. Roger T. Benitez<br>Date:       May 6, 2019<br>Time:      10:30 a.m.<br>Location:  Courtroom 5A<br>              221 West Broadway<br>              San Diego, CA 92101 |

///

1
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL

**TO EACH PARTY AND COUNSEL OF RECORD FOR EACH PARTY:**

**YOU ARE HEREBY NOTIFIED THAT**, on May 6, 2019 at 10:30 a.m. in Courtroom 5A of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Jesus Arcos, Martin Arcos, and Christian Ortiz ("Plaintiffs"), on behalf of themselves and the proposed Settlement Class will and hereby do move the Court and respectfully request, without opposition from Defendants Installed Building Products, LLC, O.J. Insulation Holdings, Inc. and O.J. Insulation, L.P. ("Defendants"), that the Court grant final approval of the parties' Class Action Settlement and Release ("Settlement" or "Settlement Agreement").

The parties' counsels have met and conferred and Defendants do not oppose this motion. The Motion will be made on the grounds that the proposed Class Settlement is fair, adequate, reasonable, and in the best interests of the Class and the Parties.

The Motion is based upon this notice of unopposed motion and motion for final approval of the Settlement and the memorandum of points and authorities concurrently filed herewith in support thereof, along with the [Proposed] Order Granting Final Approval of Settlement, the Declaration of Christopher A. Olsen ("Olsen Decl.") in support of the Motion, also filed concurrently herewith, and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

Date: April 5, 2019

**OLSEN LAW OFFICES, APC**

By:*/s/Christopher A. Olsen*
Christopher A. Olsen
Co-counsel for Plaintiffs
Email: caolsen@caolsenlawoffices.com